UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-21862-CIV-ALTONAGA/Brown

**ELVIA REAL**,

    Plaintiff,

vs.

**MICHAEL SERRUYA**, and
**ORNA SERRUYA**,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** came before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [D.E. 15], filed on October 7, 2008.  Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that this matter is dismissed with prejudice.  Each party shall bear its own fees and costs.  If the parties wish the Court to retain jurisdiction to enforce their agreement, they are to submit the written agreement to the Court within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida this 8th day of October, 2008.

                                                  **CECILIA M. ALTONAGA**
                                                **UNITED STATES DISTRICT JUDGE**

cc:  counsel of record